

ORDERED in the Southern District of Florida on April 20, 2016.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 12-30950-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

RUBEN E FLEITES

DEBTOR_____/

### ORDER DENYING DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL

**THIS CASE** came to be heard on April 12, 2016 on the Debtor's to Reinstate Case and based on the record, it is

**ORDERED as follows:**

1. The Motion be, and the same is hereby, **DENIED**.

2. The Order Dismissing this case, dated **February 29, 2016**, is hereby re-affirmed and said order remains in full force and effect.

###

ORDER DENYING DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL
CASE NO.: 12-30950-BKC-RAM

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
RUBEN E FLEITES
7431 S WATERWAY DR
MIAMI, FL  33155

**ATTORNEY FOR DEBTOR**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126

**RICARDO R. CORONA, ESQ.** is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.